**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**RENARD COLE**                                                                    **PETITIONER**

**V.**                                                                    **NO. 2:09CV052-P-A**

**STATE OF MISSISSIPPI, et al.**                                                    **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day:

1.        Respondents' motion to dismiss (docket entry 5) is GRANTED;

2.        The petition is dismissed without prejudice; and

3.         this matter is CLOSED.

IT IS SO ORDERED.

THIS the 25th day of August, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE